[Cite as *Washington Pub. Schools Bd. of Edn. v. Lucas Cty. Bd. of Revision*, 125 Ohio St.3d 464, 2010-Ohio-2429.]

WASHINGTON PUBLIC SCHOOLS BOARD OF EDUCATION, APPELLEE, *v.* LUCAS

COUNTY BOARD OF REVISION ET AL., APPELLEES;

HOPE MANOR, INC., ET AL., APPELLANTS.

[Cite as *Washington Pub. Schools Bd. of Edn. v. Lucas Cty. Bd. of Revision*,

125 Ohio St.3d 464, 2010-Ohio-2429.]

*Board of Tax Appeals' decision reversed and cause remanded.*

(No. 2009-2100 — Submitted May 26, 2010 — Decided June 3, 2010.)

APPEAL from the Board of Tax Appeals, No. 2008-V-2081.

_____

{¶ 1} The decision of the Board of Tax Appeals is reversed on the authority of *Toledo Pub. Schools Bd. of Edn. v. Lucas Cty. Bd. of Revision*, 124 Ohio St.3d 490, 2010-Ohio-253, 924 N.E.2d 345, and the cause is remanded to the Board of Tax Appeals for further proceedings.

BROWN, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

_____

Spengler Nathanson, P.L.L., Michael W. Bragg, and Teresa L. Grigsby, for appellee Washington Public Schools Board of Education.

Douglas A. Wilkins, for appellants.

_____